| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | No. 25-1523 |
| v. | ) | |
| | ) | |
| KARNAIL SINGH, | ) | MOTION FOR 14 DAY |
| | ) | EXTENSION OF TIME WITHIN |
| Defendant-Appellant. | ) | WHICH TO FILE PETITION |
| | ) | FOR REHEARING *EN BANC* |

Now comes Defendant-Appellant, by and through Counsel, and respectfully moves this honorable Court for a 14-day extension, to and including June 2, 2026, to file a Petition For A Rehearing *En Banc*. The Panel's Decision issued on May 5, 2026 has created a conflict with an En Banc panel decision from the Second Circuit. The extension of time is necessary in order for Counsel to consider whether or not it would be advisable to file a Petition For A Hearing *En Banc* in this case. The United States has no objection to this request.

Respectfully Submitted,

/s/ Firooz T Namei (0018615)
Namei and Dalence LLC
*Ratio et Fides*
15 East 8th Street
Cincinnati, OH 45202
Phone: (513) 721-0200
Fax:    (513) 632-5898
firooz@nameilaw.com

**CERTIFICATE OF SERVICE**

On May 13, 2026, I, Firooz T. Namei, served a copy of the foregoing via PACER's CM/ECF filing system, in which all parties are participating.

/s/ Firooz T. Namei