**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 14, 2026

Mr. Firooz T. Namei
McKinney & Namei
15 E. Eighth Street
Cincinnati, OH 45202

Re: Case No. 25-1523
*USA v. Karnail Singh*
Originating Case No. 2:13-cr-20551-1

Dear Mr. Namei,

The court has granted the motion for an extension of time in which to file a petition for rehearing en banc.

Your petition is to be filed no later than the close of business on Tuesday, **June 2, 2026**.

No further extensions will be granted.

Sincerely yours,

s/Kelly Stephens
En Banc Coordinator: Beverly
Direct Dial No. 513-564-7077

cc: Ms. Jessica Vartanian Currie