UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-1523**

Case Title: **United States of America** vs. **Karnail Singh**

List all clients you represent in this appeal:

**NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS, ASIAN AMERICANS ADVANCING JUSTICE, AND IMMIGRANT DEFENSE PROJECT**

☐ Appellant     ☐ Petitioner     ☑ Amicus Curiae     ☐ Criminal Justice Act
☐ Appellee      ☐ Respondent     ☐ Intervenor            (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Benton C. Martin**     Signature: s/ **Benton C. Martin**

Firm Name: **Federal Community Defender**

Business Address: **613 Abbott St., Suite 500**

City/State/Zip: **Detroit, Michigan**

Telephone Number (Area Code): **313-967-5832**

Email Address: **benton_martin@fd.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17